

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2015

No. 04-15-00195-CR

**IN RE** Douglas R. **LYON**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:       Karen Angelini, Justice
               Marialyn Barnard, Justice
               Patricia O. Alvarez, Justice

On April 1, 2015, relator filed a pro se petition for writ of mandamus. This court has determined that we do not have jurisdiction to consider the requested relief. The petition is DISMISSED FOR LACK OF JURISDICTION. The court's opinion will issue at a later date.

It is so **ORDERED** on April 8, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 1993CR5434, styled *The State of Texas v. Douglas R. Lyon*, pending in the 226th Judicial District Court, Bexar County, Texas, the Honorable Sid L. Harle presiding.